Bond #104134784

## SUBCONTRACT PAYMENT BOND

KNOW ALL BY THESE PRESENTS, That we, Patrick Mechanical, Inc. P.O. Box 80510, Fairbanks, AK 99708

(Here insert the name and address, or legal title, of the Subcontractor)

as Principal, herein called Principal, and Travelers Casualty and Surety Company of America , a

corporation of the State of Connecticut , as Surety, herein called Surety, are held and firmly bound unto

Swaim Enterprises, Inc., P.O. Box 80045, Fairbanks, AK 99708

(Here insert the name and address, or legal title, of the General Contractor)

as Obligee, herein called Obligee, for the use and benefit of claimants as herein defined, in the amount of

THREE MILLION EIGHT HUNDRED EIGHTY-SIX THOUSAND SIX HUNDRED THIRTY-TWO AND NO/100THS Dollars ($3,886,632.00 ),

for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated January 13, 2004 entered into a

subcontract with Obligee for Vehicle Maintenance Facility, Ft. Wainwright, Alaska, #DACA85-02-D-0011 T.O. #3 FTW 248,

Mechanical

which subcontract is by reference made a part hereof, and is referred to as subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That if the Principal shall promptly make payment to all Claimants as herein defined, for all labor and material used or reasonably required for use in the performance of the Subcontract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

1. A Claimant is defined as one having a direct contract with the Principal for labor, material, or both, used or reasonably required for use in the performance of the contract.
2. The above-named Principal and Surety hereby jointly and severally agree with the Obligee that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such Claimant's work or labor was done or performed, or materials were furnished by such Claimant, may sue on this bond in the Claimant's own name for such sums as may be justly due Claimant.
3. No suit or action shall be commenced hereunder by any Claimant:
   (a) Unless Claimant shall have given written notice to any two of the following: The Principal, the Obligee, or the Surety above named, within ninety (90) days after such Claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made.
   (b) After the expiration of one (1) year following the date on which Principal ceased work on said Subcontract.
   (c) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated, or in the United States District Court for the district in which the project, or any part thereof is situated, and not elsewhere.
4. The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder.

Signed and sealed this 13th day of January , 2004

In the presence of:

_Ray L. Burton_

_Jill Wallace_

Patrick Mechanical, Inc. (Seal)

By _____ Principal

Travelers Casualty and Surety Company of America
Surety

By _Susan B. Larson_
Susan B. Larson   Attorney-in-Fact

S-1842/GEEF 12/00

FRP

Ex. A, p. 1

 

# DUAL OBLIGEE RIDER

To be attached to and form a part of Performance Bond No. __104134784__
executed concurrently with this rider, it is agreed that:

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Surety, and
__Patrick Mechanical, Inc.__ , Principal,

for valuable consideration, hereby agree that the Performance Bond executed in favor of __Swaim Enterprises, Inc.__ , Obligee,

in connection with a contract for: __Vehicle Maintenance Facility, Ft. Wainwright, Alaska #DACA85-02-D-0011 T.O. #3 FTW 248, Mechanical__

which bond and contract are made a part of hereof by reference, shall now include as an additional Obligee: __Watterson/Davis, JV__
__P.O. Box 220670, Anchorage, AK 99708__

in its capacity as __General Contractor__ for the aforementioned project.

The Surety shall not be liable under this bond to the Obligees, or either of them, unless the said Obligees, or either of them, shall make payments to the Principal or to the Surety, in case the Surety arranges for the completion of the contract upon default of the Principal, strictly in accordance with the terms of said contract as to payments, and shall perform all the other obligations to be performed under said contract at the time and in the manner therein set forth.

In no event shall the Surety be liable in the aggregate to both Obligees for more than the penal sum of its Performance Bond, nor shall it be liable except for a single payment for each single breach or default. At the Surety's election, any payment due to either Obligee may be made by its check issued jointly to both.

WITNESS the following signatures and seals this __13th__ day of __January__ , __2004__.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
By: _Susan B Larson_
Susan B. Larson, Attorney-in-Fact

Patrick Mechanical, Inc.
Attest: _[signature]_   By: _[signature]_ (Principal)

Swaim Enterprises, Inc.
Attest: _[signature]_   By: _[signature]_ (Obligee)

Watterson/Davis JV
Attest: _Millie J. Gibson_   By: _Watterson_ (Dual Obligee)
PRESIDENT
WATTERSON CONSTR Co
A JV PARTNER

S-5344 (12-99)