**PAYMENT BOND**
(See instructions on reverse)
Bond No. 023-006-101

| DATE BOND EXECUTED (Must be same or later than date of contract) | OMB No.: 9000-0045 |
|---|---|
| 09/30/2003 | |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

**PRINCIPAL** (Legal name and business address)

Watterson/Davis JV
Watterson Construction Co.
Davis Constructors & Engineers, Inc.
PO Box 220670
Anchorage, Alaska 99522-0670

**TYPE OF ORGANIZATION** ("X" one)
☐ INDIVIDUAL   ☐ PARTNERSHIP
☒ JOINT VENTURE   ☐ CORPORATION

**STATE OF INCORPORATION**

**SURETY(IES)** (Name(s) and business address(es))

Liberty Mutual Insurance Company
175 Berkeley Street
Boston, Massachusetts 02117

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 25 | 641 | 000 | 00 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 09/26/2003 | DACA85-02-D-0011 Task Order 03 |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

Watterson/Davis JV  **PRINCIPAL**

| SIGNATURE(S) | 1. [signature] (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLE(S) (Typed) | William C. Watterson, President, Watterson Construction/a JV Partner | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. | 2. |
|---|---|---|
| NAME(S) (Typed) | 1. (Seal) | 2. (Seal) |

**CORPORATE SURETY(IES)**

| | NAME & ADDRESS | Liberty Mutual Insurance Company 175 Berkeley Street Boston, Massachusetts 02117 | STATE OF INC. Massachusetts | LIABILITY LIMIT $25,641,000.00 | |
|---|---|---|---|---|---|
| SURETY A | SIGNATURE(S) | 1. [signature] | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. Karen P. Dever Attorney-In-Fact | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

Ex. B, p. 1