Cory R. Borgeson (ABA #8405009)
BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, for the Use and Benefit of HONEYWELL INTERNATIONAL INC., and HONEYWELL INTERNATIONAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, and LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | Case #: F06-_____-CV <br><br> **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Honeywell International Inc. ("Honeywell") files this corporate disclosure statement. Honeywell has no parent corporation. State Street Bank and Trust Company is the only publicly held corporation that owns 10% or more of the outstanding common stock of Honeywell.

Dated:   June 23, 2006.

          s/ Cory R. Borgeson

          BORGESON & BURNS, P.C.
          100 Cushman Street, Suite 311
          Fairbanks, Alaska  99701
          Telephone:  (907) 452-1666
          Facsimile:  (907) 456-5055
          E-mail:  cborgeson@bnblaw.com
          ABA #8405009

          David G. Parry (ABA #9611053)
          LEONARD, STREET AND DEINARD
           Professional Association
          150 South Fifth Street, Suite 2300
          Minneapolis, MN  55402
          Telephone:  (612) 335-1500
          Facsimile:  (612) 335-1657
          E-mail:  david.parry@leonard.com

          ATTORNEYS FOR PLAINTIFFS

*United States of America, for the Use and Benefit of Honeywell International, Inc.*
*and Honeywell International, Inc. v. Patrick Mechanical, Inc., et al.*
(Case No. F-04-____CV (   ))                Page 2 of 2