AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## District of ALASKA

United States of America, for the Use and
Benefit of HONEYWELL INTERNAL INC.
and HONEYWELL INTERNATIONAL INC.

        Plaintiff,

    V.

PATRICK MECHANICAL, INC.,
WATTERSON/DAVIS JV, WATTERSON
CONSTRUCTION CO., DAVIS
CONSTRUCTORS & ENGINEERS, INC.,
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA, and LIBERTY
MUTUAL INSURANCE COMPANY,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: F06-00017 RRB

TO THE ABOVE NAMED DEFENDANT: MICHAEL B. PATRICK, REGISTERED AGENT, PATRICK MECHANICAL, INC., 3307 INTERNATIONAL STREET, FAIRBANKS, ALASKA 99701.

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney, Cory R. Borgeson, Borgeson & Burns, P.C., 100 Cushman Street, Suite 311, Fairbanks, Alaska 99701, an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

CLERK  **IDA ROMACK**

(By) DEPUTY CLERK

DATE  6-23-06

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] Pam Wertz | DATE Aug. 9, 2006  3:55 p.m. |
| NAME OF SERVER (PRINT) Pam Wertz | TITLE Courier |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Michael B. Patrick, 3307 International Street, Fairbanks, Alaska

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL 10.00 | SERVICES 35.00 | TOTAL 45.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/9/06
         Date

Signature of Server: [signed] Pam Wertz

Address of Server: P.O. Box 72898, Fairbanks, Alaska 99707

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.