Mary L. Pate, Esq.
Alaska Bar No. 9011109
Eide, Miller & Pate, P.C.
425 G Street, Suite 930
Anchorage, AK 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorney for Defendants
 Watterson/Davis JV, Watterson Construction
 Co., Davis Constructors and Engineers, Inc.
 and Liberty Mutual Insurance Co.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTERNATIONAL, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>PATRICK MECHANICAL, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 4:06-cv-00017-RRB |

## ENTRY OF APPEARANCE

EIDE, GINGRAS & PATE, P.C., attorneys for Defendants Watterson/Davis JV, Watterson Construction Co., Davis Constructors and Engineers, Inc. and Liberty Mutual Insurance Co., enters its appearance on their behalf in this action and requests that

---

Entry
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017 -RRB            Page No. 1

any and all documents be mailed to its office at 425 G Street, Suite 930, Anchorage, AK 99501.

DATED at Anchorage, Alaska this 24th day of August, 2006.

    EIDE, GINGRAS & PATE, PC
Attorneys for Defendants
Watterson/Davis JV, Watterson Construction Co., Davis Constructors and Engineers, Inc. and Liberty Mutual Insurance Co.

By _____/s/_____
    Mary L. Pate
    Alaska Bar No. 9011109

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows:
That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 24th day of August, 2006, I served by

    [ ] facsimile
    [ ] hand delivery
    [ ] first class mail
    [X] electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Attorneys for Plaintiffs
    Cory R. Borgeson
    BORGESON & BURNS, P.C.
    100 Cushman Street, Suite 311
    Fairbanks, AK  99701

EIDE, GINGRAS & PATE, P.C.

By_____/s/_____
    PATTI J. JULIUSSEN

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Entry
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017 -RRB   Page No. 2