%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of ALASKA

United States of America, for the Use and
Benefit of HONEYWELL INTERNAL INC.
and HONEYWELL INTERNATIONAL INC.

    Plaintiff,

    V.

PATRICK MECHANICAL, INC.,
WATTERSON/DAVIS JV, WATTERSON
CONSTRUCTION CO., DAVIS
CONSTRUCTORS & ENGINEERS, INC.,
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA, and LIBERTY
MUTUAL INSURANCE COMPANY,

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: F06-00017-CV

TO THE ABOVE NAMED DEFENDANT: CT Corporation Systems, Inc. Registered Agent for LIBERTY MUTUAL INSURANCE COMPANY, 801 WEST 10TH STREET, SUIE 300, JUNEAU, AK 99802.

    YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorney, Cory R. Borgeson, Borgeson & Burns, P.C., 100 Cushman Street, Suite 311, Fairbanks, Alaska 99701, an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of Court within a reasonable period of time after service.

**IDA ROMACK**
CLERK

_____
(BY) DEPUTY CLERK

DATE 6·23·06

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> *Jack Dayton* | DATE 8-4-06 |
| NAME OF SERVER *(PRINT)* JACK DAYTON | TITLE Civilian Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 9360 Glacier Hwy, Suite 202, Juneau, Alaska 99801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Leona Lear, Secretary

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 10.00 | SERVICES 35.00 | TOTAL 45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-4-06
                 Date

Signature of Server: *Jack Dayton*

P.O. Box 33898
Juneau, Alaska 99803
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.