Mary L. Pate, Esq.
Alaska Bar No. 9011109
Eide, Miller & Pate, P.C.
425 G Street, Suite 930
Anchorage, AK 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorney for Defendants
 Watterson/Davis JV, Watterson Construction
 Co., Davis Constructors and Engineers, Inc.
 and Liberty Mutual Insurance Co.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICK MECHANICAL, INC., et al., <br><br> Defendants. | Case No. 4:06-cv-00017-RRB |

**ENTRY OF APPEARANCE**

EIDE, GINGRAS & PATE, P.C., attorneys for Defendants Watterson/Davis JV, Watterson Construction Co., Davis Constructors and Engineers, Inc. and Liberty Mutual Insurance Co., enters its appearance on their behalf in this action and requests that

any and all documents be mailed to its office at 425 G Street, Suite 930, Anchorage, AK 99501.

DATED at Anchorage, Alaska this 24th day of August, 2006.

EIDE, GINGRAS & PATE, PC
Attorneys for Defendants
Watterson/Davis JV, Watterson Construction Co., Davis Constructors and Engineers, Inc. and Liberty Mutual Insurance Co.

By _____/s/_____
Mary L. Pate
Alaska Bar No. 9011109

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows:
That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 24th day of August, 2006, I served by

[ ] facsimile
[ ] hand delivery
[ ] first class mail
[X] electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Attorneys for Plaintiffs
Cory R. Borgeson
BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK  99701

EIDE, GINGRAS & PATE, P.C.

By_____/s/_____
PATTI J. JULIUSSEN

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Entry
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017 -RRB                    Page No. 2