Mary L. Pate, Esq.
Alaska Bar No. 9011109
Eide, Miller & Pate, P.C.
425 G Street, Suite 930
Anchorage, AK 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorney for Defendants
   Watterson/Davis JV, Watterson Construction
   Co., Davis Constructors and Engineers, Inc.
   and Liberty Mutual Insurance Co.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICK MECHANICAL, INC., et al., <br><br> Defendants. | Case No. 4:06-cv-00017-RRB |

**UNOPPOSED MOTION AND**
**MEMORANDUM FOR EXTENSION OF TIME**

Defendants, Watterson/Davis JV, Watterson Construction Co., Davis Constructors and Engineers, Inc. and Liberty Mutual Insurance Co., by and through their attorneys, hereby move this court for the following extension of time:

1. Defendant Liberty Mutual Insurance Co. shall have a thirty day extension of time from August 24, 2004 until September 25, 2006 within which to file its Answer to the Complaint in the above-captioned matter.

2. Plaintiffs do not oppose this motion.

DATED at Anchorage, Alaska this 24th day of August, 2004.

EIDE, GINGRAS & PATE
Attorneys for Defendants
Watterson/Davis JV, Watterson Construction Co., Davis Constructors and Engineers, Inc. and Liberty Mutual Insurance Co.

By _____/s/_____
Mary L. Pate
Alaska Bar No. 9011109

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows: That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 24th day of August, 2006, I served by

[ ] facsimile
[ ] hand delivery
[ ] first class mail
[ x ] electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

Attorneys for Plaintiffs
Cory R. Borgeson
BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK 99701

EIDE, GINGRAS & PATE, P.C.

By____/s/_____
PATTI J. JULIUSSEN

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Unopposed Motion for Extension of Time
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017 -RRB Page No. 2