Mary L. Pate, Esq.
Alaska Bar No. 9011109
Eide, Miller & Pate, P.C.
425 G Street, Suite 930
Anchorage, AK 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorney for Defendants
   Watterson/Davis JV, Watterson Construction
   Co., Davis Constructors and Engineers, Inc.
   and Liberty Mutual Insurance Co.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICK MECHANICAL, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:06-cv-00017-<br> ) RRB |

### ORDER GRANTING UNOPPOSED MOTION
### AND MEMORANDUM FOR EXTENSION OF TIME

Defendants, Watterson/Davis JV, Watterson Construction Co., Davis Constructors and Engineers, Inc. and Liberty Mutual Insurance Co., by and through their attorneys, having moved this court for a thirty-day extension of time from August 24,

Order
*Honeywell, et al. v. Patrick Mechanical, et al.,* Case No. 4:06-cv-00017 -RRB       Page No. 1

2004 until September 25, 2006, within which Defendant Liberty Mutual Insurance Co. may file its Answer to the Complaint in the above-captioned matter, and the Court having considered the defendant's motion and any oppositions thereto and being fully advised in the premises, the motion is hereby GRANTED.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Judge Ralph R. Beistline

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows:
That I am a legal secretary employed by the
law firm of Eide, Gingras & Pate, P.C. That on this
24th day of August, 2006, I served by

    [ ] facsimile
    [ ] hand delivery
    [ ] first class mail
    [x] electronically

a true and accurate copy of the foregoing
document upon the following counsel of record:

    Attorneys for Plaintiffs
    Cory R. Borgeson
    BORGESON & BURNS, P.C.
    100 Cushman Street, Suite 311
    Fairbanks, AK 99701

EIDE, GINGRAS & PATE, P.C.

By_____/s/_____
    PATTI J. JULIUSSEN

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax