Mary L. Pate, Esq.
Alaska Bar No. 9011109
Eide, Miller & Pate, P.C.
425 G Street, Suite 930
Anchorage, AK 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorney for Defendants
   Watterson/Davis JV, Watterson Construction
   Co., Davis Constructors and Engineers, Inc.
   and Liberty Mutual Insurance Co.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

UNITED STATES OF AMERICA, for the Use and )
Benefit of HONEYWELL INTERNATIONAL, INC., )
and HONEYWELL INTERNATIONAL, INC., )
                                    Plaintiffs, )
   vs. )
PATRICK MECHANICAL, INC., et al., )
                                  Defendants. ) Case No. 4:06-cv-00017-
                                            ) RRB

## ORDER GRANTING UNOPPOSED MOTION
## AND MEMORANDUM FOR EXTENSION OF TIME

Defendants, Watterson/Davis JV, Watterson Construction Co., Davis

Constructors and Engineers, Inc. and Liberty Mutual Insurance Co., by and through their

attorneys, having moved this court for a thirty-day extension of time from August 24,

Order
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017-RRB    Page No. 1

2004 until September 25, 2006, within which Defendant Liberty Mutual Insurance Co. may file its Answer to the Complaint in the above-captioned matter, and the Court having considered the defendant's motion and any oppositions thereto and being fully advised in the premises, the motion is hereby GRANTED.

DATED at Anchorage, Alaska this 25 day of August, 2006.

/s/ RRB
Judge Ralph R. Beistline

Order
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017-RRB          Page No. 2