Mary L. Pate, Esq.
Alaska Bar No. 9011109
Eide, Miller & Pate, P.C.
425 G Street, Suite 930
Anchorage, AK 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorney for Defendants
    Watterson/Davis JV, Watterson Construction
    Co., Davis Constructors and Engineers, Inc.
    and Liberty Mutual Insurance Co.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICK MECHANICAL, INC., et al., <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br> Case No. 4:06-cv-00017-RRB |
| WATTERSON/DAVIS JV, <br><br> Cross-Claim Plaintiff, <br><br> vs. <br><br> PATRICK MECHANICAL AND TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, <br><br> Cross-Claim Defendant. | |

**CROSS-CLAIM OF DEFENDANT WATTERSON/DAVIS JV**

Cross-Claim of Defendant Watterson/Davis JV
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017-RRB                Page No. 1

Defendant Watterson/Davis JV, for it's Cross-Claim against defendants Patrick Mechanical, Inc. and Travelers Casualty & Surety Company of America, states and alleges as follows:

1. Watterson/Davis JV ("Watterson/Davis") is a joint venture comprised of Watterson Construction Co., an Alaska corporation, and Davis Constructors & Engineers, Inc., an Alaska corporation, each having their principal place of business in Anchorage Alaska.

2. Patrick Mechanical, Inc. ("Patrick") is an Alaska corporation with its principal place of business located in Fairbanks, Alaska.

3. Travelers Casualty & Surety Company of America ("Travelers") is a Connecticut corporation with its principal place of business located in Hartford, Connecticut, and doing business in the State of Alaska.

4. On January 6, 2004, Watterson entered into a subcontract with Swaim Enterprises, Inc. ("Swaim") for mechanical work on the Vehicle Maintenance Facility Project, Ft. Wainwright, Alaska, Contract No. DACA85-02-0011 T.O. #3 FTW 248 ("VMF Project"). Swaim then subcontracted with Patrick who assumed all of the

responsibilities of Swaim in its contract with Watterson, including but not limited to, its obligations under Article 6 of the contract to obtain performance and payment bonds with Watterson as the Obligee.

5.   On January 13, 2004, Travelers issued Subcontract Performance Bond No. 104134784 with Patrick Mechanical as the "Subcontractor" and "Principal", Travelers as the "Surety" and Swaim Enterprises ("Swaim") as the "Obligee". The bond is for the subcontract between Watterson and Patrick/Swaim for the Vehicle Maintenance Facility. Attached and forming a part of the Performance Bond is a Dual Obligee Rider identifying Watterson/Davis JV as an additional "Obligee" on the bond in its capacity as General Contractor for the VMF Project.

6.   Patrick subcontracted with Honeywell International Inc. ("Honeywell") to furnish and install the carbon monoxide monitoring system on the VMF Project.

7.   On or about August 24, 2005 the Army Corps. Of Engineers ("Project Owner") issued a Modification of Contract DACA85-02-D-0011 0003, Amendment No. P00028, pursuant to Authority of 52.0249-0010-Default, in the amount of $428,227. The scope of work that the Project Owner deemed to be in default was that scope of work

contracted to Honeywell by Patrick. The contract modification related to the CO gas monitoring system and a disagreement that arose about what type of detectors were required to be installed pursuant to the specifications.

8.     At the time that the Project Owner issued the default/deductive change order, Watterson had already made a good faith payment to Patrick for the original scope of work, which the Project Owner subsequently deemed to be in default. As a result, Patrick received an overpayment of $301,801.73.

9.     Watterson has satisfied all of the requirements for pursuing a claim against the Travelers Bond, including, but not limited to, providing written notice of claims and commencing this action in a timely manner.

10.    Under the terms and conditions of the Travelers Performance Bond, and under applicable law, Watterson is entitled to recover damages against Patrick and Travelers, jointly and severally, in the amount of $301,801.73, together with accrued interest, and such additional amounts as may be proven at trial.

WHEREFORE, Cross-Claim Plaintiff Watterson respectfully requests the following relief from the Court:

1.    For judgment in favor of Watterson and against Patrick and Travelers Casualty, jointly and severally, in the amount of $301,801.73, and such other amounts as may be proven at trial;

2.    For an award of costs and fees and such other and further relief as the Court deems just and appropriate.

DATED at Anchorage, Alaska this 25th day of August, 2006.

EIDE, GINGRAS & PATE, PC
Attorneys for Defendants
Watterson/Davis JV, Watterson Construction Co., Davis Constructors and Engineers, Inc. and Liberty Mutual Insurance Co.


By _____/s/_____
    Mary L. Pate
    Alaska Bar No. 9011109

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows: That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 25th day of August, 2006, I served a true and accurate copy of the Foregoing document upon the following counsel of record:

ATTORNEYS FOR PLAINTIFFS

Cory R. Borgeson, Esq.           [served electronically]
BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK  99701

ATTORNEYS FOR PLAINTIFFS

David G. Parry, Esq.             [served via First Class Mail]
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota  55402

ATTORNEYS FOR PATRICK MECHANICAL AND
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

John P. Ahlers, Esq.             [served via First Class Mail]
Short Cressman & Burgess, PLLC
Wells Fargo Center
999 Third Avenue, Suite 3000
Seattle, Washington  98104-4088

EIDE, GINGRAS & PATE, P.C.

By_____/s/_____
    PATTI J. JULIUSSEN

Cross-Claim of Defendant Watterson/Davis JV
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017 -RRB                    Page No. 6