Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Patrick Mechanical, Inc.
And Travelers Casualty & Surety Company of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., AND HONEYWELL INTERNATIONAL, INC.<br><br>Plaintiffs,<br><br>and<br><br>PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA AND LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | No. 4:06-cv-00017 RRB |

## NOTICE OF APPEARANCE

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Herbert A. Viergutz of Barokas Martin & Tomlinson, appears for Patrick Mechanical, Inc., and Travelers Casualty & Surety Company of America in the above-entitled action, without waiving the question of:

1

1. Lack of jurisdiction over the subject matter;

2. Lack of jurisdiction over the person;

3. Improper venue;

4. Insufficiency of process;

5. Insufficiency of service of process;

6. Failure to state a claim upon which relief may be granted; and

7. Failure to join a party under Rule 19.

YOU ARE HEREBY FURTHER NOTIFIED that all further papers and pleadings herein, except original process, shall be served upon the undersigned attorneys at the address stated below.

Dated this 28th day of August, 2006.

/s Herbert A. Viergutz

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 28th day
of August, 2006, to:

Cory R. Borgeson
Borgeson & Burn, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Mary L. Pate
Eide, Miller & Pate P.C.
425 G Street, Suite 930
Anchorage, AK 99501

/s Herbert A. Viergutz

2