Mary L. Pate, Esq.
Alaska Bar No. 9011109
Eide, Miller & Pate, P.C.
425 G Street, Suite 930
Anchorage, AK 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorney for Defendants
    Watterson/Davis JV, Watterson Construction
    Co., Davis Constructors and Engineers, Inc.
    and Liberty Mutual Insurance Co.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTERNATIONAL, INC., <br><br>                Plaintiffs, <br><br>vs. <br><br>PATRICK MECHANICAL, INC., et al., <br><br>                Defendants. | |
| WATTERSON/DAVIS JV, <br><br>                Cross-Claim Plaintiff, <br><br>vs. <br><br>PATRICK MECHANICAL AND TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, <br><br>                Cross-Claim Defendant. | Case No. 4:06-cv-00017-RRB |

Certificate of Service
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017 -RRB         Page No. 1

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

# CERTIFICATE OF SERVICE

I am a legal secretary employed by the law firm of EIDE, GINGRAS & PATE.

That on this 28th day of August, 2006, I served via 1st Class Mail, a copy the Cross-Claim of Watterson/Davis JV upon counsel for Patrick Mechanical, Inc. and Travelers Casualty & Surety Company of America, Herbert A. Viergutz of Barokas Martin & Tomlinson, 1029 West Third Avenue, Suite 280, Anchorage, AK 99501.

DATED this 28th day of August, 2006.

_____/s/_____
Patti J. Juliussen

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows:
That I am a legal secretary employed by the
law firm of Eide, Gingras & Pate, P.C. That on this
28th day of August, 2006, I served
a true and accurate copy of the foregoing
document upon the following counsels of record:

    Attorneys for Plaintiffs    [electronically]
    Cory R. Borgeson
    BORGESON & BURNS, P.C.
    100 Cushman Street, Suite 311
    Fairbanks, AK 99701

    Attorneys for Patrick Mechanical, Inc. and  [via 1st Class Mail]
    Travelers Casualty & Surety Company of America
    Herbert A. Viergutz
    Barokas Martin & Tomlinson
    1029 West Third Avenue, Suite 280
    Anchorage, AK 99501

EIDE, GINGRAS & PATE, P.C.

By___/s/_____
    PATTI J. JULIUSSEN

Certificate of Service
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017 -RRB     Page No. 2

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax