IN THE    U.S. DISTRICT    COURT FOR THE STATE OF    ALASKA

THIRD JUDICIAL DISTRICT, AT    ANCHORAGE

|  |  |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF HONEYWELL INTERNAL, INC., and HONEYWELL INTERNATIONAL, INC., ) ) ) |  |
| -VS-                                    Plaintiff(s) ) ) |  |
| PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., E.T AL., ) ) ) ) | RETURN OF SERVICE |
| Defendant(s) ) |  |

Case No: F06-00017 RRB

I certify that on    Wednesday, August 23, 2006  at  2:40 PM  I served the following documents

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT w/EXHIBITS A-B; PLAINTIFF'S RULE 7 1 DISCLOSURE STATEMENT

on the therein named   DAVIS CONSTRUCTORS & ENGINEERS, INC.

at  740 BONANZA STREET  in  Anchorage,Alaska by leaving a true and correct copy with

DANALYN KUMERT - RECEPTIONIST - AUTHORIZED TO ACCEPT SERVICE ON PROCESS ON BEHALF OF DAVIS CONSTRUCTORS & ENGINEERS, INC.

Process Server /      SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of    Wednesday, August 23, 2006

Notary Public in and for the State of Alaska

My Commission Expires:  4/28/07

| | |
|---|---|
| Attorney: | BORGESON & BURNS |
| | 100 CUSHMAN STREET, #311 |
| | FAIRBANKS, AK  99701 |
| Attention: | |
| File No: | |
| Service Fee: | $35.00 |
| Mileage: | |
| Endeavor: | |
| Endeavor: | |
| Total: | $35.00    (A.P.S.) NO.    64498 |

Attorneys Process Service
645 G Street Ste 100 PMB 595
Anchorage, AK. 99501
Phone (907) 276-2237