IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT, AT ANCHORAGE

UNITED STATES OF AMERICA FOR THE USE AND )
BENEFIT OF HONEYWELL INTERNAL, INC., and )
HONEYWELL INTERNATIONAL, INC., )
)
-VS-                                    Plaintiff(s) )
)
PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, )   RETURN OF SERVICE
WATTERSON CONSTRUCTION CO., DAVIS )
CONSTRUCTORS & ENGINEERS, INC., E.T AL., )
)
                                       Defendant(s) )

Case No: F06-00017 RRB

I certify that on   Wednesday, August 23, 2006   at   2:30 P.M.   I served the following documents
SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT w/EXHIBITS A-B; PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

on the therein named   WATTERSON CONSTRUCTION CO.
at   6500 INTERSTATE CIRCLE   in   Anchorage, Alaska by leaving a true and correct copy with
WILLIAM WATTERSON - REGISTERED AGENT - WATTERSON CONSTRUCTION CO.

_____
Process Server /   SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of   Wednesday, August 23, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires: 4/28/07

Attorney:   BORGESON & BURNS
            100 CUSHMAN STREET, #311
            FAIRBANKS, AK  99701

Attention:
File No:
Service Fee:   $35.00
Mileage:
Endeavor:
Endeavor:

Total:   $35.00   (A.P.S.) NO:   64496

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237