IN THE    U.S. DISTRICT    COURT FOR THE STATE OF    ALASKA
THIRD JUDICIAL DISTRICT, AT    ANCHORAGE

UNITED STATES OF AMERICA FOR THE USE AND )
BENEFIT OF HONEYWELL INTERNAL, INC., and )
HONEYWELL INTERNATIONAL, INC., )
                                                            )
-VS-                                        Plaintiff(s)     )
                                                            )
                                                            )          **RETURN OF SERVICE**
PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, )
WATTERSON CONSTRUCTION CO., DAVIS )
CONSTRUCTORS & ENGINEERS, INC., E.T AL., )
                                                            )
                                        Defendant(s)    )

Case No: F06-00017 RRB

I certify that on    Wednesday, August 23, 2006  at  2:30 PM  I served the following documents

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT w/EXHIBITS A-B; PLAINTIFF'S RULE 7.1
DISCLOSURE STATEMENT

on the therein named    WATTERSON/DAVIS JV

at  6500 INTERSTATE CIRCLE  in  Anchorage, Alaska by leaving a true and correct copy with

WILLIAM WATTERSON - REGISTERED AGENT - WATTERSON/DAVIS JV

_____
Process Server /        SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of   Wednesday, August 23, 2006

_____
Notary Public in and for the State of Alaska
My Commission Expires:

KIM C. ANDERSON
NOTARY PUBLIC (SEAL)
State of Alaska

Attorney:    BORGESON & BURNS
             100 CUSHMAN STREET, #311
             FAIRBANKS, AK  99701

Attention:

File No:

Service Fee:    $35.00

Mileage:

Endeavor:

Endeavor:

Total:        $35.00        (A.P.S.) NO:    64497

Attorneys Process Service
645 G Street Ste 100 PMB 565
Anchorage, AK. 99501
Phone (907) 276-2237