Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Patrick Mechanical, Inc.
And Travelers Casualty & Surety Company of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., AND HONEYWELL INTERNATIONAL, INC.<br><br>Plaintiffs,<br><br>and<br><br>PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA AND LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | No. 4:06-cv-00017 RRB |

I.

**REPLY TO WATTERSON/DAVIS JV CROSS-CLAIM**

COMES NOW Patrick Mechanical, Inc. ("Patrick") and Travelers Casualty & Surety Company Of America for the Reply to the Watterson/Davis JV Cross-claim, assert as follows:

    1.1    Replying to paragraph 1 of the Watterson/Davis JV Complaint, Patrick and Travelers admit same.

  1.2  Replying to paragraph 2 of the Watterson/Davis JV Cross-Claim, Patrick and Travelers admit same.

  1.3  Replying to paragraph 3 of the Watterson/Davis JV Cross-Claim, Patrick and Travelers admit same.

  1.4  Replying to paragraph 4 of the Watterson/Davis JV Cross-Claim, Patrick and Travelers admit that Watterson/Davis JV entered into a subcontract with Swaim for mechanical work on the Vehicle Maintenance Facility Project at Ft. Wainwright, Alaska and that Swaim subcontracted with Patrick. All other all allegations contained in paragraph 4 are denied.

  1.5  Replying to paragraph 5 of the Watterson/Davis JV Cross-Claim, Patrick and Travelers admit that Travelers issued a subcontract performance bond to Patrick and that Swaim was an Obligee. The bond is a written document which speaks for itself. All other all allegations contained in paragraph 5, to the extent inconsistent with the written terms of the bond are denied.

  1.6  Replying to paragraph 6 of the Watterson/Davis JV Cross-Claim, Patrick and Travelers admit same.

  1.7  Replying to paragraph 7 of the Watterson/Davis JV Cross-Claim, Patrick and Travelers admit that the Army Corps of Engineers issued a deductive modification. The deductive modification is a written documents which speaks for itself. All other all allegations contained in paragraph 5, to the extent inconsistent with the written modification are denied.

  1.8  Replying to paragraph 8 of the Watterson/Davis JV Cross-Claim, Patrick and Travelers deny same.

  1.9  Replying to paragraph 9 of the Watterson/Davis JV Cross-Claim, Patrick and 24 Travelers deny same.

1.10 Replying to paragraph 10 of the Watterson/Davis JV Cross-Claim, Patrick and Travelers deny same.

## II.

## AFFIRMATIVE DEFENSES

2.1 The Watterson/Davis JV Cross-Claim fails to state a claim fails to state a claim upon which relief can be granted.

2.2 Watterson/Davis JV is not a proper claimant, obligee or beneficiary under the bond, which is the subject of this cross-claim.

2.3 Watterson/Davis JV's Cross-Claim is barred by failure of express, implied and constructive conditions.

2.4 Watterson/Davis JV's Cross-Claim is premature, unripe and barred by the terms of a Claim Prosecution Agreement pursuant to which Watterson/Davis JV agreed to stay any action against Patrick and Travelers.

2.5 There is no causation between any conduct of Patrick and/or Travelers and the alleged damages, if any, Watterson/Davis JV may have suffered.

2.6 Patrick and Travelers reserve the right to assert further affirmative defenses as the investigation of this matters.

Dated this 5th day of September, 2006.

/s Herbert A. Viergutz

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 5th day of September, 2006, to:

Cory R. Borgeson
Borgeson & Burn, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Mary L. Pate
Eide, Miller & Pate P.C.
425 G Street, Suite 930
Anchorage, AK 99501

_____
/s Herbert A. Viergutz