Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Patrick Mechanical, Inc.
And Travelers Casualty & Surety Company of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., AND HONEYWELL INTERNATIONAL, INC.<br><br>Plaintiffs,<br><br>and<br><br>PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA AND LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | No. 4:06-cv-00017 RRB |

**MOTION FOR PARTICIPATION OF NONRESIDENT ATTORNEY JOHN P. AHLERS**

In accordance with United States District Court for the District of Alaska Local Rule 83.1 (d), Herbert A. Viergutz of Barokas Martin & Tomlinson moves the court for an order admitting out of state counsel, John P. Ahlers, to appear on behalf of defendants Patrick Mechanical, Inc. and Travelers Casualty & Surety Company of America., and in all proceedings relating to the above captioned matter. The undersigned local counsel shall participate meaningfully in all matters pertaining to this action.

1

Dated this 5th day of September, 2006.

/s Herbert A. Viergutz

Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334
barmar@gci.net
Alaska Bar No. 8506088

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a copy of this document
was served by electronic notification on this 5th day
of September, 2006, to:

Cory R. Borgeson
Borgeson & Burn, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Mary L. Pate
Eide, Miller & Pate P.C.
425 G Street, Suite 930
Anchorage, AK 99501

/s Herbert A. Viergutz