Herb Viergutz (ABA #8506088)
Barokas Martin Tomlinson
1029 W Third Ave, #280
Anchorage, AK 99501
Telephone: (907) 276-8010
Facsimile: (907) 345-8594

Attorneys for Patrick Mechanical, Inc.
and Travelers Casualty & Surety Company of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| United States of America, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., and, HONEYWELL INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA and LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | No. 4:06-cv-00017-RRB |

**AFFIDAVIT OF JOHN P. AHLERS IN SUPPORT OF
MOTION FOR PARTICIPATION OF NONRESIDENT ATTORNEY**

STATE OF WASHINGTON   )
                      ) ss
COUNTY OF KING        )

John P. Ahlers, being duly sworn, deposes and says:

1.  I am now and have continuously been admitted, without revocation or suspension, as an active member in good standing of the Bars of the following courts:

Affidavit of John P. Ahlers
*Honeywell, et al. v. Patrick Mechanical, et al., Case No. 4:06 - cv-00017-RRB-* Page 1 of 3

592789.1/025773.00002

| Courts | Date of Admission |
|---|---|
| Washington State Courts | May 16, 1983 |
| USDC, Western District of Washington | August 26, 1983 |
| USDC, Eastern District of Washington | November 14, 1983 |
| U.S. Supreme Court | June 2, 1986 |

2. I am an attorney with the Seattle office of the law firm of Short Cressman & Burgess, PLLC, located at 999 Third Avenue, Suite 3000, Seattle, Washington 98104, which has been retained by Patrick Mechanical, Inc., to represent its interests in the above entitled cause.

3. I reside at 5825 - 187th SE, Issaquah, WA 98027.

4. I make application to this Court to participate as co-counsel with Herbert A. Viergutz, an active member in good standing of the bar of this Court.

5. Attached hereto as Exhibit 1 and incorporated by this reference is a Certificate of Good Standing issued by the Washington State Supreme Court indicating that I am in good standing as a member of the Bar and that there are not any pending disciplinary actions against me.

6. I certify that 1 will comply with applicable statutes, law and procedural rules of the State of Alaska, be familiar with and comply with the disciplinary rules of the Alaska State Bar, and submit to the jurisdiction of the Alaska courts and the Alaska State Bar with respect to acts and omissions occurring during my forthcoming admission under United States District Court for the District of Alaska Local Rule 83.1(d).

7. I agree to notify the trial court promptly of any changes in my insurance or my status with any Bar association to which I am admitted.

John P. Ahlers, WSBA 13070

Affidavit of John P. Ahlers - Page 2 of 3
Honeywell, et al. v. Patrick Mechanical, et al., Case No. 4:06 - cv-00017-RRB- Page 2 of 3

592789.1/025773.00002

SUBSCRIBED AND SWORN to before me this 5th day of September, 2006.



_Glory R. LaFountaine_
Notary Public in and for the State of Washington,
residing at Seattle
Glory R. LaFountaine
My Appointment Expires: 2/9/07

CERTIFICATE OF SERVICE

I hereby certify that on this ~~29th~~ 5th day of ~~August~~ September, 2006, a true and correct copy of the foregoing was served

electronically on:

Cory R. Borgenson
Borgenson & Burn, PC
100 Cushman Street, Suite 311
Fairbanks, AK 99701

Mary L. Pate
Eide, Miller & Pate P.C.
425 G Street, Suite 930
Anchorage, AK 99501

and by U.S. mail on:

David G. Parry
Leonard Street and Deinard
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

By:   /s Herbert A. Viergutz

Affidavit of John P. Ahlers - Page 3 of 3
*Honeywell, et al. v. Patrick Mechanical, et al., Case No. 4:06 - cv-00017-RRB*- Page 3 of 3

592789.1/025773.00002