Mary L. Pate, Esq.
Alaska Bar No. 9011109
Eide, Miller & Pate, P.C.
425 G Street, Suite 930
Anchorage, AK 99501
Tel. (907) 279-0930
Fax. (907) 279-0933

Attorney for Defendants and Cross-Claim Plaintiff
Watterson/Davis JV, Watterson Construction Co.
Davis Constructors and Engineers, Inc. and
Liberty Mutual Insurance Co.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTERNATIONAL, INC., <br><br>              Plaintiffs,<br><br>   vs.<br><br>PATRICK MECHANICAL, INC., et al.,<br><br>              Defendants.<br>_____<br>WATTERSON/DAVIS JV,<br><br>              Cross-Claim Plaintiff,<br>   vs.<br><br>PATRICK MECHANICAL AND TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,<br><br>              Cross-Claim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:06-cv-00017-RRB<br>)<br>)<br>)<br>) |

**NON-OPPOSITION TO MOTION FOR PARTICIPATION
OF NONRESIDENT ATTORNEY JOHN P. AHLERS**

Non-Opposition
*Honeywell, et al. v. Patrick Mechanical, et al.*, Case No. 4:06-cv-00017 -RRB    Page No. 1

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Watterson/Davis JV, Watterson Construction Co., Davis Constructors & Engineers, Inc. and Liberty Mutual Insurance Co., by and through their attorneys, EIDE, GINGRAS & PATE, hereby notifies the court that they do not oppose the Motion For Participation of Nonresident Attorney John P. Ahlers.

DATED at Anchorage, Alaska this 6th day of September, 2006.

EIDE, GINGRAS & PATE, PC
Attorneys for Defendants
Watterson/Davis JV, Watterson Construction Co., Davis Constructors and Engineers, Inc. and Liberty Mutual Insurance Co.

By  s/Mary L. Pate
    Mary L. Pate
    Alaska Bar No. 9011109

CERTIFICATE OF SERVICE

PATTI J. JULIUSSEN certifies as follows: That I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 6th day of September, 2006, I served by [ x ] electronically a true and accurate copy of the foregoing document upon the following counsel of record:

ATTORNEYS FOR PLAINTIFFS
Cory R. Borgeson, Esq., BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311, Fairbanks, AK 99701

ATTORNEYS FOR PLAINTIFFS
David G. Parry, Esq., Leonard Street and Deinard
150 South Fifth Street, Suite 2300, Minneapolis, Minnesota 55402

John P. Ahlers, Esq., Short Cressman & Burgess PLLC
999 Third Ave., Suite 3000, Seattle, WA 98104-4088

ATTORNEYS FOR CROSS-CLAIM DEFENDANTS
PATRICK MECHANICAL, INC. AND TRAVELERS
CASUALTY & SURETY COMPANY OF AMERICA

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280, Anchorage, AK 99501

EIDE, GINGRAS & PATE, P.C.

By  s/Patti J. Juliussen
    PATTI J. JULIUSSEN