Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third, Suite 280
Anchorage, AK 99501
Phone: (907) 276-8010
Facsimile: (907) 276-5334

Attorneys for Patrick Mechanical, Inc.
And Travelers Casualty & Surety Company of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| |
|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HONEYWELL INTERNATIONAL, INC., AND HONEYWELL INTERNATIONAL, INC. |
| Plaintiffs, |
| and |
| PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA AND LIBERTY MUTUAL INSURANCE COMPANY, |
| Defendants. |

No. 4:06-cv-00017 RRB

## ~~PROPOSED~~ ORDER FOR PARTICIPATION OF
## NONRESIDENT ATTORNEY JOHN P. AHLERS

THIS MATTER having come before the Court on the Motion for Participation of Nonresident Attorney in this matter for the limited purpose of representing Patrick Mechanical, Inc. and Travelers Casualty & Surety Company of America, in the above captioned matter, and it appearing that good cause exists for the relief requested, it is hereby ORDERED that John P. Ahlers be and is hereby admitted to practice before this

1

Court pro hac vice in this matter.

Dated this 7 day of Sept, 2006.

s/
Ralph R. Beistline Judge of the U.S. District Court