Cory R. Borgeson (Alaska Bar No. 8405009)
BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, for the Use and Benefit of HONEYWELL INTERNATIONAL INC., and HONEYWELL INTERNATIONAL INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Case #: 4:06-CV-00017-RRB<br><br>**STIPULATION AND ORDER FOR TEMPORARY STAY OF THE LAWSUIT** |

This Stipulation is entered into as of September 13, 2006, between Plaintiff Honeywell International Inc. and Defendants Patrick Mechanical, Inc., Watterson/Davis JV, Watterson Construction Co., Davis Constructors & Engineers, Inc., Travelers Casualty & Surety Company of America, and Liberty Mutual Insurance Company (collectively the "Parties").

3519413.1

WHEREAS, Honeywell furnished certain labor and materials in connection with the construction of the Vehicle Maintenance Facility at the Fort Wainwright Army Post at Fort Wainwright, Alaska (the "Project"); and

WHEREAS, a dispute has arisen between the Parties regarding certain monies Honeywell claims it is owed in connection with the Project; and

WHEREAS, Watterson/Davis JV has submitted an administrative claim to the Army Corps. of Engineers in connection with the Project; and

WHEREAS, if Watterson/Davis JV is successful with its administrative claim, it may impact some, or all, of the disputes between the Parties; and

WHEREAS, Honeywell filed the above-captioned lawsuit in the United States District Court for the District of Alaska on June 23, 2006; and

WHEREAS, each of the Parties have counsel of record who have appeared in this lawsuit; and

WHEREAS, Watterson/Davis JV has asserted a Cross-Claim against Patrick Mechanical and Travelers Casualty & Surety Company of America; and

WHEREAS, Patrick Mechanical and Travelers Casualty & Surety Company of America have filed a Reply to Watterson/Davis JV's Cross-Claim, an Answer to Honeywell's Complaint, and a Cross-Claim against Watterson/Davis JV and Liberty Mutual Insurance Company; and

WHEREAS, Watterson/Davis JV, Watterson Construction Company, Davis Constructors & Engineers, Inc., and Liberty Mutual Insurance Company have yet to answer, or otherwise plead, in response to Honeywell's Complaint or Patrick Mechanical's and Travelers Casualty & Surety Company's Cross-Claim; and

WHEREAS, the Parties believe that it is in their interest, and in the interest of judicial economy, to temporarily stay and hold this lawsuit in abeyance, based on the terms and conditions contained herein, in order to give Watterson/Davis JV additional time to pursue its administrative claim.

NOW, THEREFORE, in consideration of the above recitals and the mutual promises and covenants contained herein, the Parties stipulate and agree as follows:

1. Each of the Defendants has been properly served with a copy of the Summons and Complaint. Each Defendant individually acknowledges and agrees that they have been served with a copy of the Summons and Complaint and that such service is valid and was completed prior to the date of this Stipulation.

2. Each Defendant individually acknowledges and agrees that they have been correctly identified and have not been mis-named in the Summons and Complaint, and that they are the correct parties listed on the payment bonds attached to the Complaint as Exhibits "A" and "B".

3. Each Party agrees that it will not serve or file any further pleading, motion, discovery request, or otherwise proceed in this lawsuit until twenty (20) days after they have served the other Parties, through their respective counsel of record, with written notice of their intent to proceed with the lawsuit. Service of such notice by any Party shall automatically lift, remove, and eliminate the temporary stay of the lawsuit. Defendants Watterson/Davis JV, Watterson Construction, Davis Constructors & Engineers, and Liberty Mutual Insurance Company shall then have twenty (20) days, following service of such notice by any Party, to answer, move, or otherwise plead in response to the Complaint and in response to Patrick Mechanical's and Travelers' Cross-Claim.

4. All procedural deadlines, including, but not limited to, any deadline for responding to the Complaint or any Cross-Claim, the deadline for a pretrial conference and scheduling order under Fed. R. Civ. P. 16 and D. Ak. LR 16.1, and the deadline for initial disclosures and the conference of the parties under Fed. R. Civ. P. 26, shall be suspended during the period of time that this lawsuit is stayed and held in abeyance. These, and other, pre-trial deadlines will be set by agreement of the Parties, or by order of the Court, in the event that the temporary stay of this lawsuit is lifted in the manner set forth herein or by subsequent order of the Court.

5. The Parties will endeavor to provide the Court with periodic updates or status reports, as necessary or as required by the Court, during the time that the stay of the lawsuit is in effect. Failure to provide a periodic update or status report shall not provide grounds for removal of the stay or dismissal of the lawsuit.

6. No Party shall make any claim or raise any defense, legal or equitable, that any other Party's rights, claims, or defenses are in any way compromised by entering into this Stipulation or by staying the lawsuit under the terms and conditions set forth herein.

7. Nothing in this Stipulation shall otherwise affect any claim or defense available to any of the Parties.

8. This Stipulation may be modified, amended, or supplemented only by a written instrument signed on behalf of all Parties or by order of the Court.

9. This Stipulation may be executed in counterparts and shall be effective only when signed by all Parties and approved by the Court.

Dated: September 13, 2006

                                               /s/ Cory R. Borgeson
Cory R. Borgeson (Alaska Bar No. 8405009)
BORGESON & BURNS, P.C.
Key Bank Center
100 Cushman Street, Suite 311
Fairbanks, Alaska 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com

David G. Parry (Alaska Bar No. 9611053)
LEONARD, STREET AND DEINARD
   Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
E-mail: david.parry@leonard.com

ATTORNEYS FOR PLAINTIFFS

3519413.1                                    5

Dated: September 12, 2006

_____
Herbert A. Viergutz (Alaska Bar No. 8506088)
BAROKAS MARTIN & TOMLINSON
1029 West Third Avenue, Suite 280
Anchorage, Alaska 99501
Telephone: (907) 276-8010
Facsimile: (907) 276-5334
E-mail: barmar@gci.net

John P. Ahlers (Washington State Bar No. 13070)
SHORT, CRESSMAN & BURGESS, PLLC
Seattle, Washington 98104-4088
Telephone: (206) 682-3333
Facsimile: (206) 682-8856
E-mail: jahlers@scblaw.com

ATTORNEYS FOR DEFENDANTS
PATRICK MECHANICAL, INC. AND
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

Dated: September 12th, 2006

_____
Mary L. Pate (Alaska Bar No. 901109)
EIDE, GINGRAS & PATE, P.C.
425 G. Street, Suite 930
Anchorage, Alaska 99501
Telephone: (907) 279-0930
Facsimile: (907) 279-0933
E-mail: mary.pate@egpalaska.com

ATTORNEYS FOR DEFENDANTS
WATTERSON/DAVIS JV,
WATTERSON CONSTRUCTION CO.,
DAVIS CONSTRUCTORS & ENGINEERS, INC.,
and LIBERTY MUTUAL INSURANCE
COMPANY

3519413.1

## **ORDER**

IT IS HEREBY ORDERED that this action is temporarily stayed and held in abeyance, in accordance with the terms and conditions set forth in the above Stipulation of the parties.

Dated: _____                    _____
                                          Hon. Ralph R. Beistline
                                          Judge of the United States District Court