Cory R. Borgeson (Alaska Bar No. 8405009)
BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, for the Use and Benefit of HONEYWELL INTERNATIONAL INC., and HONEYWELL INTERNATIONAL INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | Case #: 4:06-CV-00017-RRB<br><br>~~PROPOSED~~ ORDER FOR TEMPORARY STAY OF THE LAWSUIT |

IT IS HEREBY ORDERED that this action is temporarily stayed and held in abeyance, in accordance with the terms and conditions set forth in the above Stipulation of the parties.

Dated: 9/14/06

S/RRB
Hon. Ralph R. Beistline
Judge of the United States District Court