Cory R. Borgeson (ABA #8405009)
BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, for the Use and Benefit of HONEYWELL INTERNATIONAL INC., and HONEYWELL INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, and LIBERTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | Case #: 4:06-CV-00017-RRB <br><br> **STATUS REPORT** |

Plaintiff Honeywell International, Inc., submits this status report in accordance with the Court's January 16, 2007, Order. On September 14, 2006, the parties submitted a joint stipulation for a temporary stay of the lawsuit. The same day, the Court entered an order holding the case in abeyance based on the parties' stipulation.

3686368.1

The parties entered the stipulation in order to give Defendant Watterson/Davis, JV, an opportunity to pursue an administrative claim with the Army Corps. of Engineers. Watterson/Davis is still in the process of pursuing its administrative claim.

The stipulation allows any party to lift the stay by serving notice on all counsel of record. At this point, the parties believe that it is in their interest, and in the interest of judicial economy, to continue to hold the lawsuit in abeyance under the terms of the stipulation. If circumstances change, counsel will advise the Court accordingly.

Counsel for the defendants have reviewed this status report and consent to its submission. For these reasons, the parties believe that the stipulation and order continue to be appropriate and, at this juncture, do not need to be modified.

Dated: February 15, 2007.

s/ Cory R. Borgeson
Cory R. Borgeson (ABA #8405009)
  E-mail: cborgeson@bnblaw.com
BORGESON & BURNS, P.C.
Key Bank Center
100 Cushman Street, Suite 311
Fairbanks, Alaska 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055

David G. Parry (ABA #9611053)
LEONARD, STREET AND DEINARD
  Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
E-mail: david.parry@leonard.com

ATTORNEYS FOR PLAINTIFFS

STATUS REPORT
*United States of America, for the Use and Benefit of Honeywell International, Inc.,
and Honeywell International, Inc. v. Patrick Mechanical, Inc., et al.*
(Case No. 4:06-CV-00017 (RRB))                                      Page 2 of 3

**CERTIFICATE OF SERVICE**

This is to certify that on this date, a copy of the foregoing document is being served electronically on:

John P. Ahlers, Esq.
Ahlers & Cressman, PLLC
999 Third Ave., Suite 3100
Seattle, WA 98104
Telephone: (206) 287-9900

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third Ave., Suite 280
Anchorage, AK 99501
Telephone: (907) 276-8010

Mary L. Pate, Esq.
Eide, Miller & Pate, P.C.
425 G. Street, Suite 930
Anchorage, AK 99501
Telephone: (907) 279-0930

_____

/s Cory R. Borgeson