Cory R. Borgeson (ABA #8405009)
BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK  99701
Telephone:  (907) 452-1666
Facsimile:  (907) 456-5055
E-mail:  cborgeson@bnblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, for the Use and Benefit of HONEYWELL INTERNATIONAL INC., and HONEYWELL INTERNATIONAL INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV,  WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendants. | Case #:  4:06-CV-00017-RRB<br><br>**PLAINTIFF'S STATUS REPORT** |

　　　　Plaintiff Honeywell International Inc. submits this status report in accordance with the Court's May 22, 2007 Order.  On September 14, 2006, the parties submitted a joint stipulation for a temporary stay of the lawsuit.  The same day, the Court entered an order holding the case in abeyance based on the parties' stipulation.

The parties entered the stipulation in order to give Defendant Watterson/Davis JV an opportunity to pursue an administrative claim with the Army Corps. of Engineers. Watterson/Davis is still pursuing its administrative claim and has initiated a proceeding with the Armed Services Board of Contract Appeals. A hearing on Watterson/Davis' claim has not been set. Although Honeywell and the Defendants in this case other than Watterson/Davis are not parties to the administrative proceeding, they believe that it is in their interest, and in the interest of judicial economy, to continue to hold this lawsuit in abeyance while Watterson/Davis pursues its claim against the Corps. of Engineers.

Under the stipulation among the parties and the Court's order, the parties have reserved their right to remove the stay and proceed with this lawsuit if, at a later date, they determine that it is in their best interest to do so. At this point, the parties believe that the stay should remain in place under the terms of the stipulation and order. If circumstances change, counsel will advise the Court.

Honeywell has provided counsel for the defendants with a copy of this status report prior to filing it. For these reasons, Honeywell believes that the stipulation and order continue to be appropriate and, at this juncture, do not need to be modified.

Dated: June _____, 2007

    s/ Cory R. Borgeson
    Cory R. Borgeson (ABA #8405009)
      E-mail: cborgeson@bnblaw.com
    BORGESON & BURNS, P.C.
    Key Bank Center
    100 Cushman Street, Suite 311
    Fairbanks, Alaska 99701
    Telephone: (907) 452-1666
    Facsimile: (907) 456-5055

**STATUS REPORT**
*United States of America, for the Use and Benefit of Honeywell International, Inc.,
and Honeywell International, Inc. v. Patrick Mechanical, Inc., et al.*
**(Case No. 4:06-CV-00017 (RRB))**                                                                 Page 2 of 3

        David G. Parry (ABA #9611053)
        LEONARD, STREET AND DEINARD
          Professional Association
        150 South Fifth Street, Suite 2300
        Minneapolis, MN  55402
        Telephone:  (612) 335-1500
        Facsimile:  (612) 335-1657
        E-mail:  david.parry@leonard.com

        ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this document was served by electronic notification on this 11th day of June, 2007, to the following counsel of record:

John P. Ahlers, Esq.
Ahlers & Cressman, PLLC
999 Third Ave., Suite 3100
Seattle, WA  98104
Telephone:  (206) 287-9900

Herbert A. Viergutz, Esq.
Barokas Martin & Tomlinson
1029 West Third Ave., Suite 280
Anchorage, AK  99501
Telephone:  (907) 276-8010

Mary L. Pate, Esq.
Eide, Miller & Pate, P.C.
425 G. Street, Suite 930
Anchorage, AK  99501
Telephone:  (907) 279-0930


s/ Cory R. Borgeson


**STATUS REPORT**
*United States of America, for the Use and Benefit of Honeywell International, Inc.,
and Honeywell International, Inc. v. Patrick Mechanical, Inc., et al.*
**(Case No. 4:06-CV-00017 (RRB))**         Page 3 of 3