**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>HONEYWELL INTERNATIONAL, INC</u>
v.
<u>PATRICK MECHANICAL, INC., et al</u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                                      CASE NO.  <u>4:06-cv-00017-RRB</u>

 <u>CAROLYN BOLLMAN</u>

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**    DATE: February 27, 2008</u>


  There has been no activity in the case since the Status report file June 6, 2007 by Honeywell International.  Counsel for plaintiff shall file a Status Report due March 18, 2008.

[Carolyns status report order.wpd]{IA.WPD*Rev.12/96}