Cory R. Borgeson (Alaska Bar No. 8405009)
BORGESON & BURNS, P.C.
100 Cushman Street, Suite 311
Fairbanks, AK 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, for the Use and Benefit of HONEYWELL INTERNATIONAL INC., and HONEYWELL INTERNATIONAL INC., <br><br>Plaintiffs, <br><br>v. <br><br>PATRICK MECHANICAL, INC., WATTERSON/DAVIS JV, WATTERSON CONSTRUCTION CO., DAVIS CONSTRUCTORS & ENGINEERS, INC., TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, and LIBERTY MUTUAL INSURANCE COMPANY, <br><br>Defendants. | Case #: 4:06-CV-00017-RRB <br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this lawsuit, that the above-entitled action, including any and all claims, counterclaims, and cross-claims asserted therein, may be, and hereby is, dismissed in its entirety, with prejudice and on the merits, and without an award of costs, disbursements, or attorney's fees to any party. Upon filing of this stipulation, and the accompanying proposed order, the Court Administrator is authorized by the parties to dismiss the case of record.

4115194.1

Dated: February 29, 2008

_____
Cory R. Borgeson (Alaska Bar No. 8405009)
BORGESON & BURNS, P.C.
Key Bank Center
100 Cushman Street, Suite 311
Fairbanks, Alaska 99701
Telephone: (907) 452-1666
Facsimile: (907) 456-5055
E-mail: cborgeson@bnblaw.com


David G. Parry (Alaska Bar No. 9611053)
LEONARD, STREET AND DEINARD
   Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
E-mail: david.parry@leonard.com

ATTORNEYS FOR PLAINTIFFS

Dated: February __8__, 2008

*[signature: John P. Ahlers]*

Herbert A. Viergutz (Alaska Bar No. 8506088)
BAROKAS MARTIN & TOMLINSON
1029 West Third Avenue, Suite 280
Anchorage, Alaska 99501
Telephone: (907) 276-8010
Facsimile: (907) 276-5334
E-mail: barmar@gci.net

John P. Ahlers (Washington State Bar No. 13070) *[handwritten: Alaska Bar No. 0706046]*
SHORT, CRESSMAN & BURGESS, PLLC
Seattle, Washington 98104-4088
Telephone: (206) 682-3333
Facsimile: (206) 682-8856
E-mail: jahlers@scblaw.com

ATTORNEYS FOR DEFENDANTS
PATRICK MECHANICAL, INC. AND
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

Dated: February __29__, 2008

*[signature]*

Thomas Gingras (Alaska Bar No. 7811098)
EIDE & GINGRAS
425 G. Street, Suite 930
Anchorage, Alaska 99501
Telephone: (907) 279-0930
Facsimile: (907) 279-0933
E-mail: thomas.gingras@egpalaska.com

ATTORNEYS FOR DEFENDANTS
WATTERSON/DAVIS JV,
WATTERSON CONSTRUCTION CO.,
DAVIS CONSTRUCTORS & ENGINEERS, INC.,
and LIBERTY MUTUAL INSURANCE
COMPANY